Submitted on motion to dismiss appeal March 19, motion allowed March 27, 1928.

## J. A. WEST ET AL. *v.* JACOB W. BROADWELL ET AL. (No. 2878.)

(265 Pac. 783.)

Appeal and Error, 3 C. J., p. 679, n. 21.

From Lincoln: G. F. SKIPWORTH, Judge.

In Banc.

MOTION ALLOWED.

For the motion, *Messrs. Botts & Winslow.*

*Contra, Messrs. Vinton & Tooze.*

PER CURIAM.—This appeal is pending on motion to dismiss on the same ground as the companion case of the same title this day decided (*ante,* p. 652). The only difference is that this is an action to recover the possession of personal property while the other action was to recover possession of real prop-

erty.  Both actions arose out of the same contract between the parties litigant.

For the reasons assigned in the companion case the motion to dismiss is allowed.

APPEAL DISMISSED.